1  Leonard M. Shulman – Bar No. 126349
   Brandon J. Iskander – Bar No. 300916
2  **SHULMAN HODGES & BASTIAN LLP**
   100 Spectrum Center Drive, Suite 600
3  Irvine, California 92618
   Telephone:     (949) 340-3400
4  Facsimile:     (949) 340-3000
   Email:         lshulman@shbllp.com;
5                 biskander@shbllp.com

6  Attorneys for Lynda T. Bui,
   Chapter 7 Trustee
7

8              **UNITED STATES BANKRUPTCY COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

10

| | |
|---|---|
| 11 In re | Case No.  6:17-bk-15964-WJ |
| 12 **HANNAH BYUNGNAM HAHM,** | Chapter  7 |
| 13 Debtor. | Adv. No. |
| 14 ——————————————— | **COMPLAINT FOR:** |
| 15 **LYNDA T. BUI, solely in her capacity as the Chapter 7 Trustee for the bankruptcy estate of HANNAH BYUNGNAM HAHM,** | 1.  **AVOIDANCE OF INTENTIONAL FRAUDULENT TRANSFERS AND RECOVERY OF SAME [11 U.S.C. §§ 544, 548, 550, 551; CAL. CIV. CODE §§ 3439.04, 3439.07, 3439.08];** |
| 16 Plaintiff, | |
| 17 v. | 2.  **AVOIDANCE OF CONSTRUCTIVE FRAUDULENT TRANSFERS AND RECOVERY OF SAME [11 U.S.C. §§ 544, 548, 550, 551;  CAL. CIV. CODE §§ 3439.04, 3439.05, 3439.07, 3439.08, 3439.09];** |
| 18 **DANIEL T. HAHM and WENDY LOUIE, individuals,** | |
| 19 | |
| 20 Defendants. | |
| 21 | 3.  **DISALLOWANCE OF CLAIMS [11 U.S.C. §502(d)];** |
| 22 | |
| 23 | 4.  **UNJUST ENRICHMENT [11 U.S.C. § 105];** |
| 24 | |
| 25 | 5.  **DECLARATORY RELIEF [11 U.S.C. §§ 541, 544, 548; FRBP 7001(9)]; AND** |
| 26 | 6.  **TURNOVER OF PROPERTY OF THE ESTATE [11 U.S.C. § 542]** |
| 27 | |
| 28 | |

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

1

5348-000\460123.1

Lynda T. Bui, solely in her capacity as the duly-appointed, qualified, and acting Chapter 7 Trustee ("Trustee" or "Plaintiff") for the bankruptcy estate ("Estate") of Hannah Byungnam Hahm ("Debtor"), hereby brings this Complaint against Daniel T. Hahm and Wendy Louie ("Defendants") and respectfully complains and alleges as follows:

## **STATEMENT OF JURISDICTION AND VENUE**

1.    This adversary proceeding is filed pursuant to Federal Rule of Bankruptcy Procedure, Rules 7001(1) (a proceeding to recover money or property) and (9) (a proceeding to obtain a declaratory judgment relating to any of the foregoing).

2.    Plaintiff, as Trustee for the Debtor's Estate has standing to bring this action under 11 U.S.C. §§ 323, 541, 544, 548 and 550.

3.    This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334 in that this action arises in and relates to the Debtor's bankruptcy pending in the United States Bankruptcy Court for the Central District of California, Riverside Division entitled In re Hannah Byungnam Hahm, Case No. 6:17-bk-15964-WJ on the Court's docket.

4.    This action is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) (matters concerning the administration of the Estate), (b)(2)(E) (orders to turn over property of the estate), and (b)(2)(H) (proceeding to determine, avoid or recover fraudulent conveyances).  To the extent any related claims are determined not to be a core proceeding, Plaintiff consents to an entry of final judgment and orders by the Bankruptcy Court.

5.    Venue is proper in this District pursuant to, as this adversary proceeding arises under Title 11 of the U.S. Code, or arises under or relates to a case under Title 11 of the U.S. Code, which is pending in this District and does not involve a consumer debt less than $19,250.00.

6.    To the extent that the Plaintiff asserts claims under 11 U.S.C. § 544, the Plaintiff is informed and believes and based thereon alleges that there exists in this case one or more creditors holding unsecured claims allowable under 11 U.S.C. § 502 or are not allowable under 11 U.S.C. § 502(e), who can avoid the respective transfers as set forth hereinafter under California or other applicable law.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

5348-000\460123.1

## PARTIES

7.      Plaintiff is the duly-appointed, qualified, and acting Chapter 7 Trustee for the Debtor's Estate, and brings the claims asserted herein in that capacity.

8.      Plaintiff is informed and believes and thereon alleges that the Defendants are individuals residing in the County of Riverside, State of California.

9.      Defendants are insiders because they are related to Debtor as her son and daughter-in-law.

## GENERAL ALLEGATIONS

10.     The Debtor filed a Voluntary Petition for relief under Chapter 7 of the Bankruptcy Code on July 17, 2017 ("Petition Date").

11.     The Plaintiff is informed and believes that as of November 17, 2014, Debtor co-owned the real property at 377 Appleby Street, Corona, California 92881 ("Property").  Title in the Property was vested as follows: "Daniel T. Hahm, A Single Man and Hannah B. Hahm, A Married Woman As Her Sole and Separate Property," Document Number 2014-0439280 ("November 2014 Grant Deed").  A true and correct copy of the November 2014 Grant Deed is attached hereto as **Exhibit "1."**

12.     On her Bankruptcy Schedule A/B filed July 21, 2017, the Debtor listed no interest in any real property.  A true and correct copy of the Debtor's Bankruptcy Schedule A/B is attached hereto as **Exhibit "2."**

13.     Pursuant to a Grant Deed recorded in connection with the Property on January 21, 2015 in the Riverside County Recorder's Office as Document Number 2015-0025616 ("January 2015 Grant Deed"), the Trustee is informed and believes that co-Defendant Daniel T. Hahm acquired and took full title to the Property ("Transfer").  A true and correct copy of the January 2015 Grant Deed is attached hereto as **Exhibit "3."**

///

///

///

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

3

5348-000\460123.1

14.     The Trustee is informed and believes and thereon alleges that no consideration was paid in connection with the Transfer.  The January 2015 Grant Deed indicates that the Documentary Transfer Tax was $0.00 and literally stated "NO CONSIDERATION."  <u>Id.</u> Plaintiff is further informed and believes and thereon alleges that the Debtor received no value in exchange for the Transfer, and thus, the Transfer depleted the Estate.

15.     Notwithstanding the Transfer, the Debtor remains in possession of the Property and was at all relevant times alleged herein, the owner of the Property.

16.     The Plaintiff is informed and believes, and based thereon alleges that notwithstanding the Transfer, the Defendants never took sole possession of the Property and the Debtor continued to control the Property after the Transfer.

17.     The Plaintiff is informed and believes that the Defendants did not pay the Debtor any consideration in exchange for the Property.

18.     The Plaintiff is continuing her investigation to determine whether additional avoidable transfers were made to the Defendants during the four (4) years prior to the Petition Date and reserves the right to amend this Complaint to recover any such additional avoidable transfers.  The Plaintiff is informed and believes, and based thereon alleges, that any funds paid to the Defendants during the four (4) years prior to the Petition Date were preferential and/or fraudulent and are recoverable by Plaintiff under the Bankruptcy Code.

## FIRST CLAIM FOR RELIEF

**[Avoidance and Recovery of Intentional Fraudulent Transfer]**

**[11 U.S.C. §§ 544, 548, 550, 551; Cal. Civ. Code §§ 3439.04, 3439.07, 3439.08]**

19.     Plaintiff hereby incorporates by reference paragraphs 1 through 18 and realleges these paragraphs as though set forth in full.

20.     Plaintiff is informed and believes, and based thereon alleges, that there are present creditors of the Debtor that were listed at the time of the Transfer that still remain unpaid as of the Petition Date.  Plaintiff is informed and believes, and based thereon alleges, that future creditors of the Debtor existed following the Transfer who remain unpaid as of the Petition Date.

///

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

4

5348-000\460123.1

21.    The Transfer as alleged in Paragraph 13 is of the Debtor's property before bankruptcy and is therefore property of the Estate.

22.    The Transfer was made on or within four (4) years of the Petition Date, but in no event longer than seven (7) years prior to the Petition Date.

23.    The Transfer was made with the intent to hinder, delay, or defraud the Debtor's creditors.

24.    The Transfer was for less than reasonably equivalent value.

25.    The Transfer was made at a time when the Debtor was insolvent and/or rendered insolvent by virtue of said Transfer.

26.    The Transfer was to or for the benefit of an insider of the Debtor.

27.    The Debtor retained possession or control of the Property after the Transfer.

28.    Before the Transfer was made, the Debtor had been sued.

29.    The Transfer was of substantially all of the Debtor's assets.

30.    The value of consideration received by the Debtor for the Transfer was not reasonably equivalent to the value of the asset transferred or the amount of debt incurred.

31.    The Transfer occurred shortly before or after a substantial debt was incurred.

32.    Based on the foregoing, Plaintiff may avoid the Transfer and recover the value of the Transfer and/or the Property transferred, with an automatic preservation of the Transfer for the benefit of the Estate, pursuant to 11 U.S.C. §§ 544, 550, 548 and 551, and California Civil Code §§ 3439.04, et seq.

### SECOND CLAIM FOR RELIEF

**[Avoidance and Recovery of Constructive Fraudulent Transfer]**

**[11 U.S.C. §§ 544, 548, 550, 551; Cal. Civ. Code §§ 3439.04, 3439.05, 3439.07, 3439.08, 3439.09]**

33.    Plaintiff hereby incorporates by reference paragraphs 1 through 18 and realleges these paragraphs as though set forth in full.

///

///

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5348-000\460123.1

34.     Plaintiff is informed and believes, and based thereon alleges, that there are present creditors of the Debtor that were listed at the time of the Transfer that still remain unpaid as of the Petition Date.  Plaintiff is informed and believes, and based thereon alleges, that future creditors of the Debtor existed following the Transfer who remain unpaid as of the Petition Date.

35.     The Transfer as alleged in Paragraph 13 is of the Debtor's property before bankruptcy and is therefore property of the Estate.

36.     Plaintiff is informed and believes, and based thereon alleges, that the Transfer was made on or within four (4) years of the Petition Date, but in no event longer than seven (7) years prior to the Petition Date.

37.     Plaintiff is informed and believes, and based thereon alleges, that the Transfer was made:

(a)     For less than reasonably equivalent value, or any value, and

(b)     At a time when the Debtor was insolvent and/or were rendered insolvent by virtue of the Transfer, and/or

(c)     While the Debtor was engaged or about to engage in a business or a transaction for which the remaining assets of the Debtor were unreasonably small in relation to the business or transaction, and/or

(d)     While the Debtor intended to incur, or believed, or reasonably should have believed the Debtor would incur debts beyond the Debtor's ability to pay them as they became due, and/or

(e)     The Debtor made the Transfer to or for the benefit of an insider, or incurred such obligation to or for the benefit of an insider, under an employment contract and not in the ordinary course of business.

38.     Based on the foregoing, Plaintiff may avoid the Transfer and recover the value of the Transfer and/or the Property transferred, with an automatic preservation of the Transfer for the benefit of the Estate pursuant to 11 U.S.C. §§ 544, 550, and 551, and California Civil Code §§ 3439.04, et seq.

///

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

6

5348-000\460123.1

1

**THIRD CLAIM FOR RELIEF**

2

**[Disallowance of Claims by Defendant]**

3

**[11 U.S.C. §502(d)]**

4    39.    Plaintiff hereby incorporates by reference paragraphs 1 through 18 and realleges

5    these paragraphs as though set forth in full.

6    40.    Defendants are an entity from which property is recoverable under 11 U.S.C. §

7    550 and Defendants received an avoidable transfer under 11 U.S.C. § 544.

8    41.    Defendants have not paid the amount or turned over any such Property for which

9    Defendants are liable under 11 U.S.C. § 522(i), 542, 543, 544, 548, 550, and 553 of the

10    Bankruptcy Code.

11    42.    Pursuant to 11 U.S.C. § 502(d), to the extent Defendants file a claim against the

12    Debtor's Estate, such claim should be disallowed.

13

**FOURTH CLAIM FOR RELIEF**

14

**[Unjust Enrichment]**

15

**[11 U.S.C. § 105]**

16    43.    Plaintiff hereby incorporates by reference paragraphs 1 through 18 and realleges

17    these paragraphs as though set forth in full.

18    44.    The Defendants received a benefit through the Transfer, and Defendants'

19    retention of the Transfer and/or the value of the Transfer, results in unjust retention of said

20    benefit at the Estate's expense.

21

**FIFTH CLAIM FOR RELIEF**

22

**[Declaratory Relief]**

23

**[11 U.S.C. §§ 363, 541, 544, 548; FRBP 7001(9)]**

24    45.    Plaintiff hereby incorporates by reference paragraphs 1 through 18 and realleges

25    these paragraphs as though set forth in full.

26    46.    Plaintiff and Defendants herein have a dispute in which a declaration of their

27    respective rights is necessary.  Plaintiff is further informed and believes, and thereon alleges, that

28    the said dispute is actual and continuing, and concern an assertion by Defendants that they may

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

7

1  have an equitable interest in the Property and may assert claims herein, retain the benefits of

2  illegal or wrongful acts of other defendants herein, and/or adopt and ratify the said illegal and

3  wrongful acts, to the damage and prejudice of Plaintiff.

4        47.    Plaintiff is further informed and believes, and thereon alleges, that the said dispute

5  is actual and continuing, and concerns the continuing assertion by Defendants that they own the

6  Property as their sole property, to the damage and prejudice of Plaintiff.

7        48.    Plaintiff is informed and believes and thereon alleges that prior to the Transfer,

8  title to Property was vested in the Debtor.

9        49.    Plaintiff is informed and believes that any appreciation in the Property inures to

10  the benefit of the Estate.

11        50.    Based on all of the above, Plaintiff respectfully requests from this Court a

12  declaration that the Property is property of the Estate pursuant to Section 541 of the Bankruptcy

13  Code and that the Property must be turned over to be used and sold by the Trustee pursuant to

14  Section 363 of the Bankruptcy Code.

15        51.    The Plaintiff is entitled to declaratory relief related to this cause of action for the

16  recovery of money or property, other than a proceeding to compel the Debtor to deliver property

17  to the Trustee, or a proceeding under 11 U.S.C. §§ 554(b), 725, Rule 2017, or Rule 6002.

18  **SIXTH CLAIM FOR RELIEF**

19  **[Turnover]**

20  **[11 U.S.C. § 542]**

21        52.    Plaintiff hereby incorporates by reference paragraphs 1 through 18 and realleges

22  these paragraphs as though set forth in full.

23        53.    Plaintiff is entitled to use, sell, or lease the Estate's legal and equitable interests in

24  the Property under 11 U.S.C. § 363.

25        54.    The Transfer as alleged in Paragraph 13 is of the Debtor's property before

26  bankruptcy and is therefore property of the Estate.

27        55.    Defendants shall deliver to the Plaintiff, and account for, the Property, or the

28  value of the Property, unless the Property is of inconsequential value or benefit to the Estate.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

8

5348-000\460123.1

## **PRAYER**

**WHEREFORE**, the Trustee prays as follows:

1.  For judgment in favor of the Trustee and against Defendants avoiding the Transfer, and declaring that said Transfer be annulled and rendered void as a fraudulent transfer, and for an order recovering and preserving the Transfer for the benefit of the Estate, or the value of said Transfer for the benefit of the Estate, together with interest thereon at the legal rate from the date of the Transfer;

2.  For judgment disallowing of any claims of the Defendants if they fail or refuse to turn over the Property, and/or the value of the Property, pursuant to 11 U.S.C. § 502(d);

3.  For judgment declaring that the Defendants were unjustly enriched by the Transfer, and for an order recovering and preserving the Transfer for the benefit of the Estate, or the value of the Transfer for the benefit of the Estate, together with interest thereon at the legal rate from the date of the Transfer;

4.  For judgment declaring that the Property is property of the Estate pursuant to Section 541 of the Bankruptcy Code;

5.  For order turning over the legal and equitable interests in the Property, or the value of the Property, from the Defendant pursuant to 11 U.S.C. § 542;

6.  For judgment finding that all appreciation in the Property inures to the benefit of the Estate;

7.  An award for the costs of suit incurred herein, including attorneys' fees and costs as provided by applicable case law, statute and/or agreement of the parties; and

8.  For such other and further relief as the Court may deem just and proper under the circumstances of this case.

Respectfully submitted,

**SHULMAN HODGES & BASTIAN LLP**

Dated: February 6, 2018

*/s/ Brandon J. Iskander*
Leonard M. Shulman
Brandon J. Iskander
Attorneys for Lynda T. Bui, Chapter 7 Trustee
for the bankruptcy estate of Hannah Byungham Hahm

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5348-000\460123.1

9

# EXHIBIT 1

RECORDING REQUESTED BY:
Fidelity National Title Company
Fidelity-Sherman Oaks

WHEN RECORDED MAIL DOCUMENT AND
TAX STATEMENT TO:
Daniel T. Hahm
377 Appleby st
Corona, Ca 92881

DOC # 2014-0439280
11/17/2014 03:01 PM Fees: $21.00
Page 1 of 3  Doc T Tax Paid
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: MGREGSTON

APN: 114-421-018-0
TITLE ORDER NO.: 74096
ESCROW NO.: 1593-JC

TRA 004-074

THIS SPACE FOR RECORDER'S USE ONLY

## GRANT DEED

The undersigned Grantor(s) declare that the **DOCUMENTARY TRANSFER TAX IS:**
**$ 489.50 County**
_XX_ computed on the full value of the interest of property conveyed, or
___ computed on the full value less the value of liens or encumbrances remaining thereon at the time of sale.
___ OR transfer is EXEMPT from tax for the following reason

**FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,** Hae Jung Shin, a Married Woman as her Sole and Separate property and Han Sun Chon, a Married Woman as her Sole and Separate property All As Joint Tenants

**HEREBY GRANT(S) to** Daniel T. Hahm, A Single Man and Hannah B. Hahm, A Married Woman As Her Sole and Separate Property.
All that real property situated in the City of Corona, County of Riverside, State of California, described as:
COMPLETE LEGAL DESCRIPTION ATTACHED AS EXHIBIT "A"

**Commonly Known As:** 377  Appleby Street, Corona, CA  92881

Dated: September 23, 2014

STATE OF CALIFORNIA                    )
COUNTY OF  ORANGE                     )
On SEPTEMBER 27, 2014 , before me,
LISA P WILBUR , a Notary Public
personally appeared HAE JUNG SHIN

_____
Hae Jung Shin

_____
Han Sun Chon

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature Lisa P Wilbur

LISA P. WILBUR
Commission # 1983816
Notary Public - California
Orange County
My Comm. Expires Jun 30, 2016

(SEAL)

MAIL TAX STATEMENTS AS DIRECTED ABOVE

EXHIBIT 1

# ACKNOWLEDGMENT

State of California
County of _ORANGE_____)

On _SEPTEMBER 27, 2014_ before me, _LISA P WILBUR, NOTARY PUBLIC_
(insert name and title of the officer)

personally appeared _HAN SUN CHON_____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Lisa P Wilbur_ **(Seal)**

LISA P. WILBUR
Commission # 1983816
Notary Public - California
Orange County
My Comm. Expires Jun 30, 2016

**EXHIBIT 1**

PRELIMINARY REPORT
YOUR REFERENCE: 1565-JC

Fidelity National Title Company
ORDER NO.: 00074096-994-VNO-CH

## EXHIBIT A

## LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF CORONA, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

PARCEL NO. 1:

LOT 18 OF TRACT NO. 24600, IN THE CITY OF CORONA, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 268, PAGES 67 THROUGH 71 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM THE OIL, GAS, MINERALS, AND OTHER HYDROCARBON SUBSTANCES LYING BELOW THE SURFACE OF SAID LAND, AS PROVIDED IN DEEDS OF RECORD.

PARCEL NO. 2:

NON-EXCLUSIVE EASEMENTS, REVOCABLE LICENSES AND OTHER RIGHTS FOR ACCESS, INGRESS, EGRESS, USE AND ENJOYMENT DRAINAGE, ENCROACHMENT, SUPPORT, MAINTENANCE, REPAIRS, AND FOR OTHER PURPOSES, ALL AS DESCRIBED IN THE MASTER DECLARATION RECORDED JULY 16, 1998, AS INSTRUMENT NO. 294870, OF OFFICIAL RECORDS, THE MAP AND THE AGREEMENT.


APN: **114-421-018-0**

**EXHIBIT 1**

# EXHIBIT 2

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | Hannah | Byungnam | Hahm |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL** District of **CALIFORNIA**

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☑ No. Go to Part 2.
☐ Yes. Where is the property?

**1.1.** _____
Street address, if available, or other description

_____

_____
City                State        ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$_____    $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property
(see instructions)

Other information you wish to add about this item, such as local property identification number: _____

If you own or have more than one, list here:

**1.2.** _____
Street address, if available, or other description

_____

_____
City                State        ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$_____    $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property
(see instructions)

Other information you wish to add about this item, such as local property identification number: _____

Official Form 106A/B                Schedule A/B: Property                page 1

EXHIBIT 2

Debtor 1    **Hannah Byungnam    Hahm**
　　　　　　First Name　　Middle Name　　　Last Name

Case number *(if known)*_____

| | | |
|---|---|---|
| 1.3. _____ | **What is the property?** Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ☐ Single-family home | |
| | ☐ Duplex or multi-unit building | **Current value of the entire property?** / **Current value of the portion you own?** |
| _____ | ☐ Condominium or cooperative | |
| | ☐ Manufactured or mobile home | $_____　$_____ |
| _____ | ☐ Land | |
| | ☐ Investment property | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| City　　　State　　ZIP Code | ☐ Timeshare | |
| | ☐ Other _____ | |
| | **Who has an interest in the property?** Check one. | _____ |
| County | ☐ Debtor 1 only | |
| | ☐ Debtor 2 only | ☐ **Check if this is community property** (see instructions) |
| | ☐ Debtor 1 and Debtor 2 only | |
| | ☐ At least one of the debtors and another | |
| | **Other information you wish to add about this item, such as local property identification number:** _____ | |

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ..................................................→ $ **0**

---

## Part 2:　Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| | | |
|---|---|---|
| 3.1. Make: **Toyota** | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: **Prius** | ☑ Debtor 1 only | |
| Year: **2015** | ☐ Debtor 2 only | |
| Approximate mileage: **75000** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Other information: | ☑ At least one of the debtors and another | |
| **Prius** | | $ **12000**　　$ **6000** |
| | ☐ **Check if this is community property** (see instructions) | |

If you own or have more than one, describe here:

| | | |
|---|---|---|
| 3.2. Make: _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: _____ | ☐ Debtor 1 only | |
| Year: _____ | ☐ Debtor 2 only | |
| Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Other information: | ☐ At least one of the debtors and another | |
| | | $_____　$_____ |
| | ☐ **Check if this is community property** (see instructions) | |

---

Official Form 106A/B　　　　　　　　　　**Schedule A/B: Property**　　　　　　　　　　page **2**

EXHIBIT 2

| Debtor 1 | Hannah Byungnam | Hahm | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

**3.3.** Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:
_____

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? $_____
Current value of the portion you own? $_____

**3.4.** Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:
_____

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? $_____
Current value of the portion you own? $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

**4.1.** Make: _____
Model: _____
Year: _____
Other information:
_____

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? $_____
Current value of the portion you own? $_____

If you own or have more than one, list here:

**4.2.** Make: _____
Model: _____
Year: _____
Other information:
_____

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? $_____
Current value of the portion you own? $_____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ............................................................. →    $ _6000_

---

EXHIBIT 2

| Debtor 1 | **Hannah Byungnam** | **Hahm** | | Case number *(if known)*_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

### Part 3:   Describe Your Personal and Household Items

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

- ☐ No
- ☑ Yes. Describe......... | **Miscellaneous Household Goods - Debtors Residence** | $ 500

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

- ☑ No
- ☐ Yes. Describe.......... | | $

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

- ☑ No
- ☐ Yes. Describe.......... | | $

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

- ☑ No
- ☐ Yes. Describe.......... | | $

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

- ☑ No
- ☐ Yes. Describe.......... | | $

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

- ☐ No
- ☑ Yes. Describe.......... | **Miscellaneous Clothing - Debtors Residence** | $ 200

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

- ☑ No
- ☐ Yes. Describe.......... | | $

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

- ☑ No
- ☐ Yes. Describe.......... | | $

**14. Any other personal and household items you did not already list, including any health aids you did not list**

- ☑ No
- ☐ Yes. Give specific information. ............. | | $

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..........................................................................................→ | $ 700

---

Official Form 106A/B                    Schedule A/B: Property                    page 4

**EXHIBIT 2**

| Debtor 1 | Hannah Byungnam | | Hahm | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 4: Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes ............................................................................................................ Cash: ...................... $_____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☑ No
☐ Yes ......................        Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | _____ | $_____ |
| 17.2. Checking account: | _____ | $_____ |
| 17.3. Savings account: | _____ | $_____ |
| 17.4. Savings account: | _____ | $_____ |
| 17.5. Certificates of deposit: | _____ | $_____ |
| 17.6. Other financial account: | _____ | $_____ |
| 17.7. Other financial account: | _____ | $_____ |
| 17.8. Other financial account: | _____ | $_____ |
| 17.9. Other financial account: | _____ | $_____ |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes .................        Institution or issuer name:

| | |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them........................    Name of entity:            % of ownership:

| | | |
|---|---|---|
| _____ | _____% | $_____ |
| _____ | _____% | $_____ |
| _____ | _____% | $_____ |

Official Form 106A/B          **Schedule A/B: Property**          page 5

EXHIBIT 2

Debtor 1    __Hannah Byungnam__     __Hahm__        Case number *(if known)*_____
       First Name     Middle Name      Last Name

---

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific    Issuer name:
    information about
    them....................     _____    $_____
                    _____    $_____
                    _____    $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each     Type of account:     Institution name:
    account separately.

                 401(k) or similar plan:    _____    $_____

                 Pension plan:    _____    $_____

                 IRA:    _____    $_____

                 Retirement account:    _____    $_____

                 Keogh:    _____    $_____

                 Additional account:    _____    $_____

                 Additional account:    _____    $_____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes ........................                 Institution name or individual:

                 Electric:    _____    $_____

                 Gas:    _____    $_____

                 Heating oil:    _____    $_____

                 Security deposit on rental unit: _____    $_____

                 Prepaid rent:    _____    $_____

                 Telephone:    _____    $_____

                 Water:    _____    $_____

                 Rented furniture:    _____    $_____

                 Other:    _____    $_____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes ........................     Issuer name and description:

                 _____    $_____
                 _____    $_____
                 _____    $_____

---

EXHIBIT 2

| Debtor 1 | Hannah Byungnam | | Hahm | | Case number (if known) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ........................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____    $_____

_____    $_____

_____    $_____

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them....    $_____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them....    $_____

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them....    $_____

**Money or property owed to you?**    **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

| | |
|---|---|
| Federal: | $_____ |
| State: | $_____ |
| Local: | $_____ |

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information..............

| | |
|---|---|
| Alimony: | $_____ |
| Maintenance: | $_____ |
| Support: | $_____ |
| Divorce settlement: | $_____ |
| Property settlement: | $_____ |

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No

☑ Yes. Give specific information..............    Owner Carry - 10923 Firestone Blvd., Norwalk, Ca 90650    $ 54966

Official Form 106A/B    Schedule A/B: Property    page 7

EXHIBIT 2

| Debtor 1 | **Hannah Byungnam** | **Hahm** | Case number *(if known)* _____ |
|---|---|---|---|
| | First Name    Middle Name | Last Name | |

---

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $ _____ |
| | | $ _____ |
| | | $ _____ |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information............    $ _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ...................    $ _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ...................    $ _____

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information.............    $ _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ......................................................................................    → $ _____

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe......    $ _____

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe......    $ _____

---

Official Form 106A/B                Schedule A/B: Property                page 8

**EXHIBIT 2**

| Debtor 1 | Hannah Byungnam | Hahm | Case number *(if known)*_____ |
|---|---|---|---|
| | First Name   Middle Name | Last Name | |

---

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe....... [ ]  $_____

---

41. **Inventory**

☑ No

☐ Yes. Describe...... [ ]  $_____

---

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe....... Name of entity: _____ % of ownership:

_____% $_____

_____% $_____

_____% $_____

---

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No

☐ Yes. Describe. ....... [ ]  $_____

---

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
information ......... _____ $_____

_____ $_____

_____ $_____

_____ $_____

_____ $_____

_____ $_____

---

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** ............................................................................................→  $ **0**

---

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

---

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured claims
or exemptions.

---

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes......................... [ ]  $_____

---

Official Form 106A/B                **Schedule A/B: Property**                page 9

**EXHIBIT 2**

Debtor 1   **Hannah Byungnam**      **Hahm**          Case number *(if known)*_____
First Name     Middle Name      Last Name

---

48. **Crops—either growing or harvested**

  ☑ No

  ☐ Yes. Give specific information. ...........      $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

  ☑ No

  ☐ Yes ......................      $_____

50. **Farm and fishing supplies, chemicals, and feed**

  ☑ No

  ☐ Yes ......................      $_____

51. **Any farm- and commercial fishing-related property you did not already list**

  ☑ No

  ☐ Yes. Give specific information. ...........      $_____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here .................... →    $ **0**

---

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

  ☑ No

  ☐ Yes. Give specific information. ............      $_____
                                   $_____
                                   $_____

54. Add the dollar value of all of your entries from Part 7. Write that number here .................................... →    $ **0**

---

## Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ........................................................................................................... →    $ **0**

56. **Part 2: Total vehicles, line 5**      $ **6000**

57. **Part 3: Total personal and household items, line 15**      $ **700**

58. **Part 4: Total financial assets, line 36**      $ **54966**

59. **Part 5: Total business-related property, line 45**      $ **0**

60. **Part 6: Total farm- and fishing-related property, line 52**      $ **0**

61. **Part 7: Total other property not listed, line 54**      **+** $ **0**

62. **Total personal property.** Add lines 56 through 61. ....................    $ **61666**    Copy personal property total → **+** $ **61666**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ................................    $ **61666**

---

EXHIBIT 2

# EXHIBIT 3

**RECORDING REQUESTED BY:**

**WHEN RECORDED MAIL TO:**

DANIEL T. HAHM

377 APPLEBY ST
CORONA, CA 92881

DOC # 2015-0025616
01/21/2015 04:06P Fee:18.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor, County Clerk & Recorder

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|------|------|
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
| | | | | | T: | | CTY | UNI | 525 |

SPACE ABOVE THIS LINE FOR RECORDER'S USE

APN: 114-421-018                    **GRANT DEED**

THE UNDERSIGNED GRANTOR(S) DECLARE(S):
    DOCUMENTARY TRANSFER TAX is $0.00          CITY TAX is $0.00

☐ computed on the full value of the property conveyed, or
☐ computed on full value less value of liens or encumbrances remaining at the time of sale,
☐ Realty not sold
☐ Unincorporated area        ☒ City of CORONA, and

**C**

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
DANIEL T. HAHM, A SINGLE MAN AND HANNAH B. HAHM, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY

hereby GRANT(S) to DANIEL T. HAHM, A SINGLE MAN

the following described real property in the City of CORONA, County of Riverside, State of California:
As shown in Exhibit "A" attached hereto and made a part hereof, and commonly known as 377 APPLEBY ST

NO CONSIDERATION. 11911.

Dated: 1/15/2015

STATE OF CALIFORNIA         }
COUNTY OF _____ }ss
                                }

DANIEL T. HAHM

On _____ before me

_____, Notary Public,

HANNAH B. HAHM

personally appeared _____

who proved to me on the basis of satisfactory evidence to be the
person(s) whose name(s) is/are subscribed to the within instrument
and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon behalf
of which the person(s) acted, executed the instrument.

SPACE BELOW RESERVED FOR NOTARY SEAL

I certify under PENALTY OF PERJURY under the laws of the State of
California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

Grant Deed

**EXHIBIT 3**

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate
verifies only the identity of the individual who signed the
document to which this certificate is attached, and not the
truthfulness, accuracy, or validity of that document.

State of California     }
County of ___Orange___  }

On _January 15, 2015_ before me, _Chris Ko, Notary public_
                                  (here insert name and title of the officer)

personally appeared _Daniel T. hahm, Hannah B. Hahm._

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s)
is/are subscribed to the within instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon behalf of which the
person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the
foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

CHRIS KO
Commission # 2003896
Notary Public - California
Orange County
My Comm. Expires Jan 19, 2017

(Seal)


2015-0025616
01/21/2015 04:06P
2 of 2

EXHIBIT 3

B1040 (FORM 1040) (12/15)

| **ADVERSARY PROCEEDING COVER SHEET**<br>(Instructions on Reverse) | **ADVERSARY PROCEEDING NUMBER**<br>(Court Use Only) |
|---|---|

| **PLAINTIFFS**<br>LYNDA T. BUI, solely in her capacity as the Chapter 7 Trustee for the bankruptcy estate of HANNAH BYUNGNAM HAHM | **DEFENDANTS**<br>DANIEL T. HAHM and WENDY LOUIE, individuals |
|---|---|

| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Brandon J. Iskander - Bar No. 300916<br>Shulman Hodges & Bastian LLP<br>3550 Vine Street, Suite 210<br>Riverside, CA 92507<br>Telephone: (951) 275-9300 | **ATTORNEYS** (If Known) |
|---|---|

| **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee<br>☐ Creditor ☐ Other<br>☒ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee<br>☐ Creditor ☒ Other<br>☐ Trustee |
|---|---|

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

CHAPTER 7 TRUSTEE'S COMPLAINT FOR: 1) AVOIDANCE OF INTENTIONAL FRAUDULENT TRANSFERS AND RECOVERY OF SAME [11 U.S.C. §§ 544, 548, 550, 551; CAL. CIV. CODE §§ 3439.04, 3439.07, 3439.08]; 2) AVOIDANCE OF CONSTRUCTIVE FRAUDULENT TRANSFERS AND RECOVERY OF SAME [11 U.S.C. §§ 544, 548, 550, 551; CAL. CIV. CODE §§ 3439.04, 3439.05, 3439.07, 3439.08, 3439.09]; 3) DISALLOWANCE OF CLAIMS [11 U.S.C. §502(d)]; 4) UNJUST ENRICHMENT [11 U.S.C. § 105]; 5) DECLARATORY RELIEF [11 U.S.C. §§ 541, 544, 548; FRBP 7001(9)]; AND 6) TURNOVER OF PROPERTY OF THE ESTATE [11 U.S.C. § 542]

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- [2] 11-Recovery of money/property - §542 turnover of property
- ☐ 12-Recovery of money/property - §547 preference
- [1] 13-Recovery of money/property - §548 fraudulent transfer
- ☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- ☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- ☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- ☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
- ☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- ☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- ☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
- ☐ 61-Dischargeability - §523(a)(5), domestic support
- ☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
- ☐ 63-Dischargeability - §523(a)(8), student loan
- ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation
- ☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
- ☐ 71-Injunctive relief – imposition of stay
- ☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
- ☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
- [3] 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
- ☐ 01-Determination of removed claim or cause

**Other**
- ☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
- ☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>HANNAH BYUNGNAM HAHM | BANKRUPTCY CASE NO.<br>6:17-bk-15964-WJ | |
| DISTRICT IN WHICH CASE IS PENDING<br>CENTRAL DISTRICT | DIVISION OFFICE<br>RIVERSIDE DIVISION | NAME OF JUDGE<br>HONORABLE WAYNE JOHNSON |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

SIGNATURE OF ATTORNEY (OR PLAINTIFF)

*/s/ Brandon J. Iskander*

| DATE<br><br>February 6, 2018 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br><br>Brandon J. Iskander |
|---|---|

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form B1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.